UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
DLJ MORTGAGE CAPITAL, INC., :
:
                Plaintiff, : **ORDER**
:
             - against - : 1:08-cv-4607-ENV-RML
:
THOMAS KONTOGIANNIS, GEORGIA :
KONTOGIANNIS, LISA DIPINTO a/k/a LISA :
KONTOGIANNIS a/k/a LISA PALLATOS, ANNETTE :
APERGIS,CHLOE KONTOGIANNIS, ADAM DIPINTO, :
ELIAS APERGIS, JOHN T. MICHAEL, MICHAEL A. :
GALLAN, ESQ., TED DOUMAZIOS, ESQ., :
THOMAS F. CUSACK, III, ESQ., STEPHEN P. :
BROWN, ESQ., STEVEN A. MARTINI, :
CARMINE CUOMO, COASTAL CAPITAL :
CORPORATION, d/b/a THE MORTGAGE SHOP :
d/b/a CLEARLIGHT MORTGAGE, EDGEWATER :
DEVELOPMENT, INC., GROUP KAPPA CORP., :
LORING ESTATES LLC, PARKVIEW FINANCIAL :
CENTER, INC., d/b/a PARKVIEW FINANCIAL, INC., :
CLEAR VIEW ABSTRACT LLC, TRIUMPH :
ABSTRACT LLC, BOND & WALSH CONSTRUCTION :
COMPANY, INTERAMERICAN MORTGAGE CORP., :
and PLAZA REAL ESTATE HOLDING INC., :
:
                Defendants. :
:
------------------------------------------------------------------------X

**VITALIANO, D.J.**

       By Memorandum and Order dated today, June 3, 2009, Docket Entry No. 168, the Court denied plaintiff DLJ Mortgage Capital, Inc.'s request for a temporary restraining order while its motions for attachment and a preliminary injunction are briefed and decided. While offering no new facts or argument, plaintiff now seeks, pursuant to Federal Rule of Civil Procedure 62(c), an order granting the very relief the Court just denied. See Pl.'s Letter Mot. to Stay, Docket Entry

No. 170. Plaintiff's remedy, if any, lies with the Court of Appeals. The application for a stay or temporary restraining order is denied.

    SO ORDERED.

Dated: Brooklyn, New York
      June 3, 2009

                                                                                          s/ENV
                                                                                      ERIC N. VITALIANO
                                                                                      United States District Judge